**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2596

AbbVie, Inc., a Delaware Corporation, et al.

Appellants

v.

Marty Jackley, In his Official Capacity as Attorney General of the State of South Dakota and Larry Deiter, In his Official Capacity as Director of the South Dakota Division of Insurance

Appellees

No. 26-2597

Astrazeneca Pharmaceuticals, LP

Appellant

v.

Marty Jackley, in his official capacity as the Attorney General of South Dakota and Larry Deiter, in his official capacity as Director of the South Dakota Division of Insurance

Appellees

---

Appeals from U.S. District Court for the District of South Dakota - Southern
(3:25-cv-03006-RAL)
(4:25-cv-04156-RAL)

---

**ORDER**

The petition for initial hearing en banc is denied.

Judge Justin D. Smith and Judge Traynor would grant the petition for initial hearing en banc.

October 07, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler